NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Appellant*

**v.**

**VLSI TECHNOLOGY LLC,**
*Appellee*

---

2020-1712

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01040.

---

## JUDGMENT

---

THOMAS SAUNDERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant.  Also represented by JOHN V. HOBGOOD, LOUIS W. TOMPROS, Boston, MA.

NATHAN NOBU LOWENSTEIN, Lowenstein & Weatherwax LLP, Los Angeles, CA, argued for appellee.  Also represented by KENNETH J. WEATHERWAX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 3, 2021          /s/ Peter R. Marksteiner
     Date                     Peter R. Marksteiner
                              Clerk of Court